BEFORE THE THIRD DIVISION, JANUARY 22, 1947

**No. 51540.**—Protest 124395–K/872 of W. W. Grainger (Chicago).

Opinion by EKWALL, J. An examination of the record disclosing nothing that would warrant disturbing the action of the collector, the protest was overruled.

**No. 51541.**—Protests 40808–K/12203, etc., of Church Point Wholesale Grocery Co. et al. (New Orleans).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JANUARY 31, 1947

**No. 51542.**—Protests 64336–K, etc., of Leonard Levin Co. (Providence).

Opinion by OLIVER, P. J. It was stipulated that the beads are similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020). In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

**No. 51543.**—Protests 120616–K, etc., of Edward Prill et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.